FILED

12/07/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0552

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0552

_____

IN THE MATTER OF:

R.J.,                                                                    O R D E R

        A Youth in Need of Care.

_____

On September 21, 2023, Appellant filed a Notice of Appeal in this matter. In that Notice, Appellant asserted that transcripts had been ordered or "are in the process of being ordered" in accordance with M. R. App. P. 8(3). On October 27, 2023, the District Court record was filed in this Court. To date, no transcripts have been filed.

IT IS ORDERED that, on or before December 27, 2023, Appellant shall file a report on the status of this appeal. Failure to file a status report within that time will result in dismissal of this appeal with prejudice and without further notice.

The Clerk is directed to provide a copy of this Order to all parties.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
December 7 2023